IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CARL A. COURTRIGHT, III,

    Petitioner,

v.                                    Civil Case No. 12-cv-1078-DRH

                                        Criminal Case No. 07-cr-30179-DRH

UNITED STATES OF AMERICA,

    Respondent.

## MEMORANDUM & ORDER

**HERNDON, Chief Judge:**

    This matter is before the Court on petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255. On March 6, 2009, a jury returned guilty verdicts against petitioner as to all five counts of the superseding indictment (07-cr-30179, Doc. 101). Specifically, petitioner was convicted of production of child pornography, possession of child pornography, receipt of child pornography, and bank fraud (O7-cr-30179, Doc. 115). The Court sentenced petitioner to a total of life imprisonment plus 120 months consecutively, on July 17, 2009 (07-cr-30179, Doc. 115). Petitioner appealed his conviction, which was affirmed on January 13, 2011. *See United States v. Courtright,* 632 F.3d 363 (7th Cir. 2011).  Thereafter, the Supreme Court denied

petitioner's petition for a writ of certiorari, on October 3, 2011. *See Courtright v. United States,* 132 S. Ct. 296 (2011). Thus, petitioner filed his instant Section 2255 petition on September 28, 2012. *See Houston v. Lack,* 487 U.S. 266 (1988) (holding that a prisoner's submission to the court is deemed "filed" on the date he delivers it to the prison authorities for forwarding on to the court). Petitioner raises various claims of ineffective assistance of counsel. Additionally, he challenges various alleged wrongs concerning jury communications and the omission of certain evidence during jury deliberations.

Pursuant to Rule 4 of the RULES GOVERNING SECTION 2255 PROCEEDINGS, the Court **ORDERS** the government to file a response to petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

Signed this 17th day of October, 2012.

Digitally signed by David R. Herndon
Date: 2012.10.17 10:16:08 -05'00'

**Chief Judge**
**United States District Judge**