IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CARL A. COURTRIGHT, III,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Case No. 12-cv-1078-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order signed by this Court on October 30, 2013 (Doc. 29), Petitioner's Motion is **DENIED** and this cause is **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  s/*Sara Jennings*
     **Deputy Clerk**

Dated:   October 30, 2013

David R. Herndon
2013.10.30
10:17:26 -05'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT